| | |
|---|---|
| DEFENDANT: | SHANE LEE ALLEN |
| YOB: | 1970 |
| ADDRESS: | Park County, Colorado |
| OFFENSE(S): | Counts One and Two:  Failure to Register as a Sex Offender, 18 U.S.C. § 2250. |
| LOCATION OF OFFENSE: | Park County, Colorado |
| PENALTY: | Counts One and Two:  NMT 10 years imprisonment, $250,000 fine, or both; NMT 5 years, NLT life supervised release; $100 Special Assessment. |
| AGENT: | Lloyd Clark<br>Deputy Marshal, USMS |
| AUTHORIZED BY: | Judith A. Smith<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less

THE GOVERNMENT

X    will seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:       _ Yes  X  No