# United States District Court

_____ DISTRICT OF COLORADO _____

UNITED STATES OF AMERICA

v.                                                   **WARRANT FOR ARREST**

SHANE LEE ALLEN

CASE NUMBER: 10-mj-01071-MEH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___SHANE LEE ALLEN___
                                               **Name**

and bring him/her forthwith to the nearest magistrate to answer a

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

**charging him or her with** (brief description of offense)

Failure to Register, 18 U.S.C. § 2250

| Michael E. Hegarty United States Magistrate Judge Denver, Colorado | U.S. Magistrate Judge |
|---|---|
| **Name of Issuing Officer** | **Title of Issuing Officer** |
| /s/ Michael E. Hegarty | Denver, Colorado |
| **Signature of Issuing Officer** | **Date and Location** |

Bail fixed at $ _____  by _____
                                        **Name of Judicial Officer**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |