IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.    10-mj-01071-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANE LEE ALLEN,

    Defendant.

## CJA ENTRY OF APPEARANCE OF COUNSEL

The undersigned, a member of the Bar of this Court, hereby enters an appearance as counsel for the above-named Defendant.

DATED at Grand Junction, Colorado this 16TH day of April, 2010.

PETERS, NOLAN & DEVLIN, LLC.

By /s/ Michele Devlin
Michele L. Devlin (No. 36429)
Attorneys for Defendant
851 Grand Avenue
Grand Junction, CO 81501
(970) 241-0101  (970) 255-6660 Fax
micheleldevlin@qwestoffice.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 16TH day of April, 2010, a true and correct copy of the foregoing was placed in the U.S. District Court CM-ECF, U.S. Mail, as indicated to the following:

United States District Court

Office of the United States Attorney
400 Rood Ave., Suite 220
Grand Junction, CO 81501

/s/ Michele Devlin