IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

| | |
|---|---|
| Criminal Case No.:   10-mj-01071-MEH | Deputy: M. Spolar |
| Date:   April 15, 2010 | Recorder: Grand Junction |
| UNITED STATES OF AMERICA, | Wyatt Angelo |
| Plaintiff, | |
| vs. | |
| SHANE LEE ALLEN, | Without counsel |
| Defendant. | |

## INITIAL APPEARANCE

Court in Session:   2:17 p.m.

Court calls case and appearance of counsel.  Defendant is present and in custody.

Sherrie Blake, Probation Officer, is present for pretrial services.

Advisement of rights, charges and possible penalties.

Defendant is requesting court appointed counsel.

Financial affidavit is tendered to the court.  The court finds that Defendant is eligible for court appointed counsel and will appoint a CJA20 panel attorney to represent Defendant.

Government is seeking detention.

**ORDERED:**   Preliminary and Detention Hearing set for April 20, 2010 at 1:00 p.m.

**ORDERED:**   Defendant is ordered detained pending further proceedings before the court and REMANDED to the custody of the U.S. Marshal.

Hearing concluded
Court in Recess:   2:32 p.m.

Hearing duration:   15 minutes