# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

___

| | |
|---|---|
| Date: April 20, 2010 | Probation/Pretrial: Erika Coster |
| Secretarial Assistant: Shirley W. Dills | Interpreter: |
| FTR | |

___

**Criminal Case No.:  10-MJ-00116-DLW**

**UNITED STATES OF AMERICA,**

                                          [  ] James Candelaria, AUSA
       **Plaintiff,**                     [x ] Todd Norvell, AUSA
                                          [  ] Robert Mydans, AUSA
**v.**                                              [  ] Dondi Osborne, AUSA

**1.  CHASE GARDNER,**                Pro Se

       **Defendant.**

___

## COURTROOM MINUTES - INITIAL APPEARANCE

___

**Court in Session: 3:23 p.m.**

Court calls case and appearances entered.
Defendant present in custody.
Defendant advised of all rights, charges and possible penalties.
Defendant has completed Financial Affidavit and requests court appointed counsel

**ORDERED:**
- The Federal Public Defender is appointed to represent the Defendant and Rae Dreves is appointed from the CJA Panel to represent the Defendant locally.

Government seeks detention.

1

**ORDERED:**
- Preliminary and Detention hearing are scheduled for April 23, 2010 at 2:30 p.m.
- Defendant is remanded to custody of U. S. Marshal.

Hearing Concluded
**Court in Recess: 3:32 p.m.**
Time: 9 Minutes